# EXHIBIT A

# INDEX OF MATTERS BEING FILED

Exhibit A - Index of Matters Being Filed

Exhibit B - State Court Docket Sheet

Exhibit C - All Pleadings

Exhibit C-1 - Plaintiff's Original Petition (State Court)

Exhibit C-2 - BCS LLC's Notice of Filing Notice of Removal (State Court)

Exhibit D - All Executed Process in the Case

Exhibit D-1 – Citation - Non Resident - Bayer Crop Science LLC

Exhibit D-2 – Citation - Non Resident - Werner Baumann

Exhibit D-3 – Citation Return - BCS LLC

Exhibit D-4 – Citation Return - Werner Baumann (defective)

Exhibit D-5 – CSC Service Rejection Letter re Werner Baumann

Exhibit E - List of All Counsel of Record (Addresses / Telephone Numbers / Parties Represented)