United States District Court
Southern District of Texas
**ENTERED**
November 17, 2026
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| Edward Aldrete, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil No. 4:24-cv-2807 |
| | § | |
| Bayer Crop Science, LLC, *et al.*, | § | |
| | § | |
| Defendants. | § | |

## ORDER ADOPTING REPORT AND RECOMMENDATION

Before the Court is a Report by Magistrate Judge Richard W. Bennett, recommending that this case be dismissed without prejudice for failure to timely comply with Federal Rule of Civil Procedure 25(a)(1) in moving to substitute a party as plaintiff after death. Doc. 44.

Parties may object to any portion of a Magistrate Judge's report and recommendation. 28 U.S.C. § 636(b)(1)(C). The district court may accept any part of the report and recommendation to which there is no objection if there is no clear error on the face of the record. *Guillory v. PPG Indus., Inc.*, 434 F.3d 303, 308 (5th Cir. 2005) (citing *Douglass v. United Servs. Auto. Assoc.*, 79 F.3d 1415, 1430 (5th Cir. 1996) (en banc)); *see also* Fed. R. Civ. P. 72(b) advisory committee note (1983). When a party objects to a report and recommendation, the district court reviews the objected-to portions *de novo*. See Fed. R. Civ. P. 72(b)(3); 28 U.S.C. § 636(b)(1)(C); *see also United States v. Wilson*, 864 F.2d 1219, 1221 (5th Cir. 1989) (per curiam).

Neither party filed objections, and no clear error otherwise appears upon review and consideration of the report, the record, and the applicable law. The Report and Recommendation of the Magistrate Judge is therefore ADOPTED as the Memorandum and Order of this Court. The Complaint, Doc. 1, is DISMISSED WITHOUT PREJUDICE, and the Clerk of Court is directed to CLOSE this case.

This is a final judgment.

**SO ORDERED.**

**SIGNED** at Houston, Texas, on the 17th of November, 2026.

Nicholas J. Ganjei
United States District Judge